UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIMON ORTIZ VARGAS,

　　　　　Petitioner,

　　v.

DAVID JENNINGS, et al.,

　　　　　Respondents.

Case No. 20-cv-05785-PJH

**ORDER SETTING BRIEFING DEADLINES ON MOTION FOR TEMPORARY RESTRAINING ORDER**

　　　　The court is in receipt of a represented motion for a temporary restraining order ("TRO") filed by petitioner Simon Ortiz Vargas in the above-captioned matter. The court notes that although the TRO motion is designated ex parte, counsel for petitioner represents that she has emailed the habeas petition and TRO motion to counsel for the government, so that the motion appears intended to seek expedited rather than ex parte relief. As counsel for the government has not yet entered an appearance on the docket to receive electronic service of filings, the court directs petitioner's counsel to file an affidavit that she has emailed counsel for the government with a copy of this order setting briefing deadlines.

　　　　The court ORDERS that a response to the TRO motion shall be filed no later than 12:00 p.m. on Thursday, August 20, 2020. Petitioner may file a reply to the response no

//

//

later than 12:00 p.m. on Friday, August 21, 2020.  Thereafter, the matter will be deemed submitted on the papers.

**IT IS SO ORDERED.**

Dated: August 17, 2020

                                        /s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge