Trevor Kosmo (SBN 329218)
tkosmo@centrolegal.org
Priya Arvind Patel (SBN 295602)
ppatel@centrolegal.org
CENTRO LEGAL DE LA RAZA
3400 East 12th Street
Oakland, CA 94601
Telephone: (510) 838-0265
Facsimile: (510) 437-9164

Judah Lakin (SBN 307740)
judah@lakinwille.com
Amalia Wille (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

*Pro Bono Attorneys for Petitioner*

STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
CHRISTOPHER F. JEU (SBN 247865)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   Facsimile: (408) 535-5066
   Email: Christopher.Jeu@usdoj.gov

*Attorneys for Federal Respondents*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIMON ORTIZ VARGAS,<br><br>    Petitioner-Plaintiff,<br><br>v.<br><br>DAVID JENNINGS,[1] *et al.*,<br><br>    Respondents-Defendants. | No.  20-cv-05785-PJH<br><br>**JOINT STATUS REPORT; ORDER**<br><br>Hon. Phyllis J. Hamilton Courtroom 3,<br>3rd Floor |

[1] The Complaint names the following Respondents:  1) David Jennings, in his official capacity as San Francisco Field Office Director, U.S. Immigration and Customs Enforcement; 2) Matthew T. Albence, in his official capacity as Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; 3) Chad Wolf, in his official capacity as Acting Secretary of the U.S. Department of Homeland Security; and 4) William Barr, in his official capacity as Attorney General of the United States.

1    The Court previously stayed these proceedings pending the Ninth Circuit's resolution of

2    the appeals in *Fraihat v. U.S. Immigration and Customs Enforcement*, Case No. 20-55634, and

3    *Zepeda Rivas v. Jennings*, Case No. 20-16276.  Dkt. No. 39.  The Parties informed the Court that

4    both appeals were resolved, and they requested additional time to meet and confer regarding the

5    appropriate next steps.  *See* Dkt. 42 and 44.  The Court ordered the Parties to file a

6    Joint Status Report with the Court by May 22, 2022.   Dkt. No. 45.

7         The Parties jointly request an additional extension of approximately 90 days, so they can

8    continue discussions about their respective positions; and to file a Joint Status Report with the

9    Court by August 22, 2022.

10

11   Dated:  May 16, 2022                      Respectfully submitted,

12
     /s/ Trevor Kosmo                          STEPHANIE M. HINDS
13   Trevor Kosmo                              United States Attorney
     Priya Arvind Patel
14   CENTRO LEGAL DE LA RAZA                   /s/ Christopher F. Jeu
                                               CHRISTOPHER F. JEU
15   /s/ Amalia Wille                          Assistant United States Attorney
16   Amalia Wille
     Judah Lakin                               *Attorneys for Federal Respondents*
17   LAKIN & WILLE LLP

18   *Pro Bono Attorneys for Petitioner*

19
            **ATTESTATION PURSUANT TO CIVIL L.R. 5.1(i)(3)**
20
     As the filer of this document, I attest that concurrence in the filing was obtained from the other
21
     signatories.  Executed on this 16th day of May, 2022 in San Jose, California.
22

23                                             /s/ Christopher F. Jeu
24                                             CHRISTOPHER F. JEU
                                               Assistant United States Attorney
25                                             *Attorneys for Federal Respondents*

26   ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
     1) Polly Kaiser is currently the Acting Director of the Immigration and Customs Enforcement
27   Field Office in San Francisco; 2) Tae Johnson is the Acting Director of U.S. Immigration and
     Customs Enforcement; 3) Alejandro Mayorkas is the Secretary of the Department of Homeland
28   Security; and 4) Merrick B. Garland is the Attorney General.  Pursuant to Fed. R. Civ. P. 25(d),
     they are automatically substituted in as Respondents.

## **ORDER**

Pursuant to the stipulation of the Parties, IT IS SO ORDERED.  The Parties shall file a status report by August 22, 2022.

Dated: 5/19/2022

_____
The Honorable Phyllis J. Hamilton
United States District Judge