UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON ORTIZ VARGAS,<br><br>Plaintiff,<br><br>v.<br><br>DAVID JENNINGS, et al.,<br><br>Defendants. | Case No. 20-cv-05785-PJH<br><br>**ORDER DENYING REQUEST TO EXTEND STAY, SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 52 |

The parties in the above-captioned case have filed a joint status report requesting that the stay in this case be extended for an additional 90 days. See Dkt. 52. This case was originally stayed on March 1, 2021, pending the outcome of Ninth Circuit appeals in cases involving similar issues. See Dkt. 39. On December 23, 2021, the parties informed the court that the appeals had been resolved, and requested an additional 60 days to meet and confer regarding the appropriate next steps. See Dkt. 42. Since that time, the stay has been further extended for over one year. Given the time elapsed since the resolution of the appeals, the court DENIES the parties' request for a further extension of the stay, and instead sets a case management conference for **March 16, 2023** at **2:00p.m.** The proceeding will be held via a Zoom webinar.

**IT IS SO ORDERED.**

Dated: February 15, 2023

/s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge