| | |
|---|---|
| Trevor Kosmo (SBN 329218) | ISMAIL J. RAMSEY (CABN 189820) |
| tkosmo@centrolegal.org | United States Attorney |
| Priya Arvind Patel (SBN 295602) | MICHELLE LO (NYBN 4325163) |
| ppatel@centrolegal.org | Chief, Civil Division |
| CENTRO LEGAL DE LA RAZA | CHRISTOPHER F. JEU (SBN 247865) |
| 3400 East 12th Street | Assistant United States Attorney |
| Oakland, CA 94601 | |
| Telephone: (510) 838-0265 | 150 Almaden Boulevard, Suite 900 |
| Facsimile: (510) 437-9164 | San Jose, California 95113 |
| | Telephone: (408) 535-5082 |
| Judah Lakin (SBN 307740) | Facsimile: (408) 535-5066 |
| judah@lakinwille.com | Email: Christopher.Jeu@usdoj.gov |
| Amalia Wille (SBN 293342) | |
| amalia@lakinwille.com | *Attorneys for Federal Respondents* |
| LAKIN & WILLE LLP | |
| 1939 Harrison Street, Suite 420 | |
| Oakland, CA 94612 | |
| Telephone: (510) 379-9216 | |
| Facsimile: (510) 379-9219 | |

*Pro Bono Attorneys for Petitioner*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIMON ORTIZ VARGAS, | No.  20-cv-05785-PJH |
| Petitioner-Plaintiff, | **JOINT STIPULATION TO DISMISS CASE AND ~~[PROPOSED]~~ ORDER** |
| v. | Hon. Phyllis J. Hamilton |
| DAVID JENNINGS,[1] *et al.,* | Courtroom 3, 3rd Floor |
| Respondents-Defendants. | |

---

[1] The Complaint names the following Respondents:  1) David Jennings, in his official capacity as San Francisco Field Office Director, U.S. Immigration and Customs Enforcement; 2) Matthew T. Albence, in his official capacity as Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; 3) Chad Wolf, in his official capacity as Acting Secretary of the U.S. Department of Homeland Security; and 4) William Barr, in his official capacity as Attorney General of the United States.

1    Pursuant to Civil Local Rule 7-12 and the Court's Orders dated August 23, 2020 and

2 September 14, 2020 (Dkt. Nos. 15 and 18), Plaintiff-Petitioner ("Plaintiff") Simon Ortiz Vargas

3 and Defendants-Respondents ("Defendants") Moises Becerra, Director of the Immigration and

4 Customs Enforcement Field Office in San Francisco; Tae Johnson, Deputy Director and Senior

5 Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement;

6 Alejandro Mayorkas, Secretary of the Department of Homeland Security; and Merrick B.

7 Garland, Attorney General of the United States, through their undersigned counsel of record,

8 hereby stipulate as follows:

9    1.    The Parties have agreed that Defendants will not re-arrest Plaintiff based on any

10 past criminal conduct known to the Defendants as of the date of the execution of this stipulated

11 order.  The Parties reserve the right to make any arguments on eligibility for relief from removal

12 or other protection from removal in Plaintiff's removal proceedings before the Executive Office

13 for Immigration Review, including whether Plaintiff remains convicted of an aggravated felony

14 or a crime involving moral turpitude.

15    2.    The Parties have agreed that Plaintiff's custody status (*i.e.*, non-detained) will

16 remain in effect during the pendency of his removal proceedings, unless there is a material

17 change in circumstances.  For purposes of this agreement, a material change in circumstances is

18 defined solely as:

19       a.   receipt of a removal order that is administratively final, as defined in 8

20          C.F.R. § 1241.1., that can be executed by Defendants; or

21       b.   Plaintiff's arrest or conviction by local, state, or federal authorities for new

22          criminal conduct if, based on that conduct, Plaintiff presents a danger to

23          persons or property, is a threat to national security, or poses a risk of flight.

24

25 ────────────────

26 1) Moises Becerra is currently the Director of the Immigration and Customs Enforcement Field
Office in San Francisco; 2) Tae Johnson is the Deputy Director and Senior Official Performing
27 the Duties of the Director of U.S. Immigration and Customs Enforcement; 3) Alejandro
Mayorkas is the Secretary of the Department of Homeland Security; and 4) Merrick B. Garland
28 is the Attorney General.  Pursuant to Fed. R. Civ. P. 25(d), they are automatically substituted in
as Respondents.

JOINT STIPULATION TO DISMISS; [PROPOSED] ORDER
No. 20-cv-05785-PJH                                                                          2

3.      The Parties have agreed that the Court retains jurisdiction over matters arising from either party violating this stipulation and order, including claims that Plaintiff was re-arrested in violation of this stipulation and order.  Before asserting such a judicial claim, Plaintiff agrees to meet and confer with Defendants.

4.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby dismiss this action, without prejudice.

Dated:  June 14, 2023                              Respectfully submitted,

/s/ Trevor Kosmo                              ISMAIL J. RAMSEY
Trevor Kosmo                                   United States Attorney
Priya Arvind Patel
CENTRO LEGAL DE LA RAZA          /s/ Christopher F. Jeu
                                               CHRISTOPHER F. JEU
/s/ Amalia Wille                              Assistant United States Attorney
Amalia Wille
Judah Lakin                                   *Attorneys for Federal Respondents*
LAKIN & WILLE LLP

*Pro Bono Attorneys for Petitioner*

### ATTESTATION PURSUANT TO CIVIL L.R. 5.1(h)(3)

As the filer of this document, I attest that concurrence in the filing was obtained from the other signatories.  Executed on this 14th day of June, 2023 in Nevada City, California.

/s/ Trevor Kosmo
Trevor Kosmo
*Pro Bono Attorney for Petitioner*

1

**[PROPOSED] ORDER**

2

  PURSUANT TO STIPULATION, IT IS SO ORDERED.  This case is dismissed

3

without prejudice.

4

DATED:   June 15, 2023



5

  The ~~Honorable~~ Hamilton

6

  Unite~~d~~ ...

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28